IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN R. DEVOSS et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:18-cv-00565-O-BP |
| JPMORGAN CHASE BANK, N.A. et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are **ADOPTED** as the Findings and Conclusions of the Court.

Accordingly, Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss, (ECF No. 22), is hereby **GRANTED** and Plaintiffs' claims against Defendant JPMorgan Chase Bank, N.A. are **DISMISSED** with prejudice.

**SO ORDERED** on this **14th day** of **February, 2019**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE