# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN R. DEVOSS et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:18-cv-00565-O-BP |
| JPMORGAN CHASE BANK, N.A. et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge, ECF No. 30, are correct, and they are **ADOPTED** as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's claims against Defendant Bank of America, N.A. are **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED** on this **25th day** of **March, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE